UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI,
WESTERN DIVISION

JOHN ALDEN FULKERSON                                              PETITIONER

VERSUS                              CIVIL ACTION NO. 5:06cv174-DCB-MTP

CONSTANCE REESE, Warden                                           RESPONDENT

## JUDGMENT

This matter having come to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause, the petitioner having filed its Objections thereto, and the Court having adopted said Report and Recommendation after a full and thorough de novo review of the same as the finding of this Court by Order of even date; accordingly,

**IT IS HEREBY ORDERED AND ADJUDGED** that the above-captioned cause is **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED AND ADJUDGED** that any pending motions remaining in the case, if any, are properly **DENIED AS MOOT.**

**SO ORDERED AND ADJUDGED,** this the 26TH day of December 2007.

                                         s/ David Bramlette
                                    **UNITED STATES DISTRICT JUDGE**